John J. Nelson (SBN 317598)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
401 W Broadway, Suite 1760
San Diego, CA 92101
Tel.:   (858) 209-6941
jnelson@milberg.com

[ADDITIONAL COUNSEL ON SIGNATURE PAGE]

*Attorney for Plaintiffs and the Putative Classes*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARENA FENG, TAMMY MO, CANDICE HENTHORN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br>       -vs.-<br><br>COURSERA, INC.,<br><br>                    Defendant. | CASE NO. 3:23-cv-449-TLT<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Date:         May 23, 2023<br>Time:        2:00 pm<br>Judge:       Hon. Trina L. Thompson<br>Courtroom: in San Francisco -<br>Videoconference Only |

Plaintiffs Karena Feng, Tammy Mo, and Candice Henthorn ("Plaintiffs") through counsel, pursuant to Fed. R. Civ. P. Rule 41(a)(1) hereby file this Notice of Voluntary Dismissal Without Prejudice as to their claims against Coursera, Inc. ("Defendant").

Respectfully submitted March 23, 2023.

**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**


s/ *John J. Nelson*
John J. Nelson
401 W. Broadway, Suite 1760

1

San Diego, CA 92101
(858) 209-6941
Email: jnelson@milberg.com

Scott C. Harris (*pro hac vice*)
Milberg Coleman Bryson
Phillips Grossman, PLLC
900 W. Morgan Street
Raleigh, NC 27603
919-600-5000
Fax: 919-600-5035
Email: sharris@milberg.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of the filing to all parties of record.

                                               /s/ *John J. Nelson*
                                               John J. Nelson